IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. Cr. 01-36 |
| ) | |
| ROY MERCER ) | |
| ) | |

### ORDER

On this 2nd day of ~~August~~ Sept, 2008, upon consideration of defendant Roy Mercer's Petition for Leave to File Motion Under Seal, it is hereby ORDERED, that the petition should be, and hereby is, granted; and it is

FURTHER ORDERED, that defendant Roy Mercer's Motion for Reduction of Sentence shall be filed under seal.

By the Court,

_____
Lancaster, J.